**UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　　　　　**Plaintiff,**<br>　　　**v.**<br>**MICHAEL J. COLLINS,**<br>　　　　　　　　　　**Defendant.** | Case No.   CR05-5279<br><br>**ORDER RE:  DETENTION** |

　　　THE COURT, having conducted an initial appearance; the defendant having been advised of the pending charges, his right

to trial, the maximum possible sanctions if convicted, and counsel having been appointed to represent him; the defendant having

waived his right to an earlier  detention hearing, now therefore the court sets a hearing on the issue of detention/release as set forth

below:

　　　　　　　　　　**May 4, 2006**

　　　　　　　　　　**2:30 p.m.**

　　　**The defendant is remanded to the custody of a the United States marshal pending his next court appearance.**

　　　　　　　　　　　　　　　　　　　**April 25, 2006.**
　　　　　　　　　　　　　　　　　　　**s/    *J. Kelley Arnold***　　　　　　　
　　　　　　　　　　　　　　　　　　　**J. Kelley Arnold, U.S. Magistrate Judge**

**DETENTION ORDER**
**Page - 1**